

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

November 13, 2023

**BY ECF**
Honorable Robert M. Levy
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

  Re: *Case 1:23-cv-05497-FB-RML Hwang v. Dave & Johnny, Ltd.*
     *Response to Order to Show Cause*

To the Honorable Judge Levy,

  Plaintiff respectfully submits this response to the Court's Order to Show Cause dated November 3, 2023. In the Order, Plaintiff is directed to explain why she has yet to move for a default judgment herein.

  This office has been in communication with a representative, and owner of the Defendant-Company. The Parties are actively negotiating a resolution of the matter, and are in fact close to agreeing to terms to resolve. As such, Plaintiff respectfully maintains that good casue exists as to why a default judgment hasn't been sought at this juncture.

  Plaintiff requests that she be granted thirty additional days to seek a default judgment, should the matter not settle before then.

  We thank the Court for the attention and consideration herein.

              */s/ Mars Khaimov*
              Mars Khaimov, Esq.
              Attorney for Plaintiff

